IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PAMELA FILTER,                  )
                                )
            Plaintiff,          )       8:07CV393
                                )
      v.                        )
                                )
MINNESOTA LIFE INSURANCE        )       ORDER
COMPANY,                        )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file reply brief (Filing No. 31). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff's reply brief is deemed submitted.

DATED this 18th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court