IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PAMELA K. FILTER,              )
                               )
          Plaintiff,           )        8:07CV393
                               )
     v.                        )
                               )
MINNESOTA LIFE INSURANCE       )        ORDER
COMPANY,                       )
                               )
          Defendant.           )
_____)
```

      This matter is before the Court on defendant's motion to file documents under seal (Filing No. 30).  The Court finds said motion should be granted.  Accordingly,

      IT IS ORDERED that said motion is granted; the clerk shall seal Exhibit E to the affidavit of Kathy Schmidt (Filing No. 28), filed in conjunction with defendant's memorandum in opposition to plaintiff's motion to compel discovery (Filing No. 26).

      DATED this 21st day of April, 2008.

                  BY THE COURT:

                  /s/ Lyle E. Strom
                  _____
                  LYLE E. STROM, Senior Judge
                  United States District court