IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PAMELA K. FILTER,             )
                              )
          Plaintiff,          )      8:07CV393
                              )
     v.                       )
                              )
MINNESOTA LIFE INSURANCE      )      ORDER
COMPANY,                      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion to extend time for filing brief in opposition to motion for summary judgment (Filing No. 52). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until May 27, 2008, to submit a brief in opposition to the motion for summary judgment.

DATED this 22nd day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court