IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PAMELA FILTER,                )
                              )
          Plaintiff,          )        8:07CV393
                              )
     v.                       )
                              )
MINNESOTA LIFE INSURANCE      )        ORDER
COMPANY,                      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for a continuance (Filing No. 55). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; trial of this matter is rescheduled as a backup case for **September 22, 2008, or for September 29, 2008, at 9 a.m.**

The parties will be notified as soon as possible on which date trial will commence.

DATED this 30th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court