IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAMELA FILTER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV393 |
| | ) | |
| v. | ) | |
| | ) | |
| MINNESOTA LIFE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to withdraw list of exhibits (Filing No. 120). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the list of exhibits (Filing No. 119) is deemed withdrawn.

DATED this 30th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court