IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PAMELA FILTER,                )
                              )
          Plaintiff,          )         8:07CV393
                              )
     v.                       )
                              )
MINNESOTA LIFE INSURANCE      )         ORDER
COMPANY,                      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff Pamela Filter's ("Filter") motion to compel (Filing No. 23). After a review of the motion and the briefs of the parties, the Court finds the motion is now moot and should be denied.

Filter moved to compel defendant Minnesota Life Insurance Company ("Minnesota Life") to produce two documents Filter contends are relevant to her claim for bad faith. Minnesota Life was granted summary judgment on Filter's bad faith claim; therefore, the Court finds the motion to compel is now moot and should be denied. Accordingly,

IT IS ORDERED that plaintiff's motion to compel is denied.

DATED this 12th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court