```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

PAMELA FILTER,                   )
                                 )
          Plaintiff,             )        8:07CV393
                                 )
     v.                          )
                                 )
MINNESOTA LIFE INSURANCE         )        ORDER
COMPANY,                         )
                                 )
          Defendant.             )
_____ )
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 138). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs and attorney fees.

DATED this 15th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court